**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In Re: | Case No. 11-16503-BFK |
| EMAD MASUMI | Case No. 11-17646-RGM |
| SAYED MASUMI and | Case No. 11-16540-BFK |
| ALI JAFAR HASHIMI | |
| Debtors. | Chapter 7 |
| AUTOMOTIVE FINANCE CORPORATION, | |
| Plaintiff, | |
| v. | |
| EMAD MASUMI, | Consolidated Adversary No. |
| SAYED MASUMI and | 11-01663-BFK |
| ALI HASHIMI, | |
| Defendants. | |

**ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT**

This matter came before the Court on Defendants' Motion for Summary Judgment, Plaintiff's response and Cross Motion for Partial Summary Judgment, Defendants' response to Plaintiff's Cross Motion, and a hearing at which counsel for the parties presented argument, and upon an issue raised by Plaintiff in its Motion as to the collateral estoppel effect of a judgment entered against Defendant Emad Masumi by the Superior Court of Marion County, Indiana.

It appearing to the Court that there remain significant issues of fact to be determined, both Motions for Summary Judgment are hereby

**DENIED**, and it is further ordered that the motion for application of collateral estoppel as to Emad Masumi is

**DENIED, WITHOUT PREJUDICE**.

**DONE** this _____ day of _____, 2012.

_____

                                                     _____

                                                   Honorable Brian F. Kenney

                                                   United States Bankruptcy Judge

SEEN:

/s/ Linda D. Regenhardt
Linda D. Regenhardt, Esquire
GARYREGENHARDTGOLDSTEINWADE PC
8500 Leesburg Pike, Suite 400
Vienna, VA 22182
*Counsel for Defendants*

/s/ Steven Neeley
Brian P. Waagner, Esquire
Steven A. Neeley, Esquire
HUSCH BLACKWELL LLP
750 17th Street, NW, Suite 900
Washington, D.C. 20006
*Counsel for Plaintiff*

COPIES TO:

Linda D. Regenhardt, Esquire
GARYREGENHARDTGOLDSTEINWADE PC
8500 Leesburg Pike, Suite 400
Vienna, VA 22182
*Counsel for Defendants*

Brian P. Waagner, Esquire
Steven A. Neeley, Esquire
HUSCH BLACKWELL LLP
750 17th Street, NW, Suite 900
Washington, D.C. 20006

*Counsel for Plaintiff*

**END OF ORDER**